

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2022

No. 04-22-00094-CV

**In re The Texas Department of Family and Protective Services**

Original Mandamus Proceeding[1]

**ORDER**

Following a January 18, 2022 hearing, the trial court signed an order entitled "Order Following Hearing Regarding Placement" (the "January 18 order").[2]

On February 16, 2022, relator filed a petition for writ of mandamus complaining of the order. The Department also filed a motion asking this court to stay: the January 18 order, "any new or revised orders to the same effect," and "the trial court from taking punitive and coercive action to enforce the provisions of [the January 18] order, including but not limited to incarceration and monetary sanctions."

We **GRANT IN PART** the motion for temporary emergency relief as follows:

The following decretal paragraph in the trial court's "Order Following Hearing Regarding Placement" rendered on January 18, 2022 and signed on January 28, 2022 is STAYED pending further order of this court:

2.1. IT IS ORDERED that the Department will offer a child specific contract with a $1,000 per day offer to Trulight, Pathways, Bair Foundation, and Arrow at a minimum to locate placement for [J.E.]

> 2.1.1 The offer can be circulated to additional CPAs to see who will be able to take [J.E.].
> 2.1.2 IT IS ORDERED that the Department will find a TFFC home with a maximum of one other child in the home.
> 2.1.3 IT IS ORDERED that the Department must have placement for [J.E.] no later than 12 pm on January 21, 2022.

---

[1] This proceeding arises out of Cause No. 2020-PA-02332, styled *In the Interest of J.E., a child*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.
[2] The trial court signed the order on January 28, 2022.

Any further proceedings, including but not limited to the rendition or creation of new or revised orders, regarding the creation of contracts or the payment of funds regarding the child's placement are STAYED pending further order of this court.

Any further contempt proceedings, sanctions, or incarceration of Department representatives arising from the underlying suit and any orders to incarcerate Department representatives arising from contempt proceedings in the underlying suit are STAYED pending further order of this court.

Additionally, we **DENY IN PART** the motion for temporary emergency relief with respect to the following decretal paragraph:

2.2 IT IS ORDERED that the Department will get any and all medications to J.E. by 5 PM on January 19, 2022; these medications to include psychotropic medications, J.E.'s inhaler, and any others that have prescriptions in last 6 months.

It is so **ORDERED** on February 16, 2022.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court